# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH W. RUSSELL,

    Defendant.

Case No. 2:90-cr-00105-LDG

**ORDER**

    Defendant Joseph W. Russell moves to expunge the records of his arrest and the resulting criminal proceedings that culminated in his conviction. "[A] district court's ancillary jurisdiction is limited to expunging the record of an unlawful arrest or conviction, or to correcting a clerical error." *United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir.2000). The defendant seeks to expunge the record of a lawful arrest and conviction. Accordingly,

    THE COURT **ORDERS** that Defendant's Motion to Expunge (ECF No. 31) is DENIED.

DATED this __6__ day of October, 2017.

_____
Lloyd D. George
United States District Judge